Tiffany SNIDER-JEFFERSON,
Plaintiff-Appellant,

v.

AMIGO MOBILITY INTERNATIONAL, INC., trading as Amigo Mobility, and/or Amigo, Defendant-Appellee,

and

Wal-Mart Stores East, LP, trading as Wal-Mart, Inc., and/or Wal-Mart, Defendant.

No. 16-2064

United States Court of Appeals, Fourth Circuit.

Submitted: February 17, 2017

Decided: February 24, 2017

Tiffany Snider-Jefferson, Appellant Pro Se. Bret Mitchell Saunders, VANDEVENTER BLACK, LLP, Norfolk, Virginia; James Willard Walker, VANDEVENTER BLACK, LLP, Richmond, Virginia, for Appellee.

Before TRAXLER, AGEE, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tiffany Snider-Jefferson appeals the district court's order granting defendant's motion for summary judgment and dismissing her civil action. We have reviewed the record and find no reversible error.

Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Snider-Jefferson v. Amigo Mobility Int'l, Inc., No. 2:15-cv-00406-LRL, 2016 WL 4424954 (E.D. Va. Aug. 17, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED